People v Webb
2026 NY Slip Op 03691
June 10, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,
v
Michael Webb, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on June 10, 2026
1990-00727, (Ind. No. 89/1006)
Angela G. Iannacci, J.P.
Helen Voutsinas
Donna-Marie E. Golia
Susan Quirk, JJ.

Michael Webb, Dannemora, NY, appellant pro se.
Susan Cacace, District Attorney, White Plains, NY (Jill Oziemblewski and Raffaelina Gianfrancesco of counsel), for respondent.

[*1]
DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 4, 1991 (People v Webb, 177 AD2d 524), affirming a judgment of the County Court, Westchester County, rendered April 4, 1990.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
IANNACCI, J.P., VOUTSINAS, GOLIA and QUIRK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court